| | |
|---|---|
| ESCO MARINE INC, | No. C 08-05575 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
|   v. | |
| SS PACIFIC STAR, | |
|     Defendant.           / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 30, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 30, 2009.

DESIGNATION OF EXPERTS: 9/21/09; REBUTTAL: 10/9/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 30, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

    Opp. Due November 30, 2009; Reply Due December 7, 2009;

    and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 16, 2010 at 3:30 PM.

JURY TRIAL DATE: March 1, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendant shall produce the requested documents by 8/21/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                          SUSAN ILLSTON
                                        United States District Judge