1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California  94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  Email:         norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff
   ESCO MARINE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESCO MARINE INC., <br><br>               Plaintiff, <br><br> v. <br><br> SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity;  and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity. <br><br>               Defendants. | Case No.: C08-05575 SI <br><br> **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

---

1

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1  IT IS HEREBY STIPULATED, by and among the parties hereto, through their
2  respective counsel of record, that the further case management conference currently scheduled
3  for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other
4  date that is convenient on the court's calendar.

5  DATED: October 22, 2009          BULLIVANT HOUSER BAILEY PC

7                                  By _____
8                                     NORMAN J. RONNEBERG, JR.
                                       Attorneys for Plaintiff
9                                      ESCO MARINE INC.

10 DATED: October _____, 2009       LAW OFFICE OF SCOTT S. FURSTMAN

12                                  By _____
13                                     SCOTT S. FURSTMAN
                                       Attorneys for Defendants
14                                     SS PACIFIC STAR; INTERNATIONAL
                                       DATA SECURITY, INC.; and
15                                     INTERNATIONAL MARITIME SECURITY
                                       ALLIANCE, LLC

17                                **ORDER**
18  IT IS HEREBY ORDERED that the case management conference in the captioned
19 matter, currently scheduled for Octobe 30, 2009, be continued to November _____, 2009 at
20 3:00 p.m.
21 DATED: October _____, 2009

23                                  _____
                                    SUSAN ILLSTON
                                    United States District Judge
24 12090082.1

---

2

**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1    IT IS HEREBY STIPULATED, by and among the parties hereto, through their
2 respective counsel of record, that the further case management conference currently scheduled
3 for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other
4 date that is convenient on the court's calendar.

5 DATED: October 22, 2009                BULLIVANT HOUSER BAILEY PC

7                                        By _____
8                                            NORMAN J. RONNEBERG, JR.
                                             Attorneys for Plaintiff
9                                            ESCO MARINE INC.

10 DATED: October 26, 2009               LAW OFFICE OF SCOTT S. FURSTMAN

12                                       By _____
13                                           SCOTT S. FURSTMAN
                                             Attorneys for Defendants
14                                           SS PACIFIC STAR; INTERNATIONAL
                                             DATA SECURITY, INC.; and
15                                           INTERNATIONAL MARITIME SECURITY
                                             ALLIANCE, LLC

17                                        **ORDER**
18    IT IS HEREBY ORDERED that the case management conference in the captioned
19 matter, currently scheduled for Octobe 30, 2009, be continued to November 12 @, 2009 at
20 ~~3:00 p.m.~~                                                            10
                                                                            am,
21 DATED: October ____, 2009

23                                        _____
                                          SUSAN ILLSTON
24 12090082.1                             United States District Judge

---

2

**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI