1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  Email:       norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff
   ESCO MARINE INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | ESCO MARINE INC., | Case No.: C08-05575 SI
13 |                Plaintiff, | **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**
14 | v. |
15 | SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity. |
16 | |
17 | |
18 | |
19 |                Defendants. |
20

---

**1**

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1  IT IS HEREBY STIPULATED, by and among the parties hereto, through their
2  respective counsel of record, that the further case management conference currently scheduled
3  for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other
4  date that is convenient on the court's calendar.

5  DATED: October 22, 2009            BULLIVANT HOUSER BAILEY PC

7                                     By _____
                                         NORMAN J. RONNEBERG, JR.
8                                        Attorneys for Plaintiff
                                         ESCO MARINE INC.

10 DATED: October ____, 2009          LAW OFFICE OF SCOTT S. FURSTMAN

12                                    By _____
                                         SCOTT S. FURSTMAN
13                                       Attorneys for Defendants
                                         SS PACIFIC STAR; INTERNATIONAL
14                                       DATA SECURITY, INC.; and
                                         INTERNATIONAL MARITIME SECURITY
15                                       ALLIANCE, LLC

### ORDER

18  IT IS HEREBY ORDERED that the case management conference in the captioned
19 matter, currently scheduled for Octobe 30, 2009, be continued to November ~~12~~____, 2009 at
20 ~~3:00 p.m.~~ 10 a.m.

21 DATED: October ____, 2009

                                      _____
                                      SUSAN ILLSTON
                                      United States District Judge

24 12090082.1

2

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

IT IS HEREBY STIPULATED, by and among the parties hereto, through their respective counsel of record, that the further case management conference currently scheduled for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other date that is convenient on the court's calendar.

DATED: October 22, 2009      BULLIVANT HOUSER BAILEY PC


By _____
NORMAN J. RONNEBERG, JR.
Attorneys for Plaintiff
ESCO MARINE INC.

DATED: October 26, 2009      LAW OFFICE OF SCOTT S. FURSTMAN

By _____
SCOTT S. FURSTMAN
Attorneys for Defendants
SS PACIFIC STAR; INTERNATIONAL
DATA SECURITY, INC.; and
INTERNATIONAL MARITIME SECURITY
ALLIANCE, LLC


**ORDER**

IT IS HEREBY ORDERED that the case management conference in the captioned matter, currently scheduled for Octobe 30, 2009, be continued to November 12 @ 2009 at ~~3:00 p.m.~~ 10 am,

DATED: October ____, 2009

_____
SUSAN ILLSTON
United States District Judge

12090082.1

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI