SCOTT S. FURSTMAN, Cal. Bar No. 76476
LAW OFFICE OF SCOTT S. FURSTMAN
510 North Third Street
San Jose, California 95112
Telephone: 408-292-4132
Facsimile: 408-292-4162
sfurstman@sbcglobal.net

Attorneys for Defendants
SS PACIFIC STAR; INTERNATIONAL
DATA SECURITY, INC.; and INTERNATIONAL
MARITIME SECURITY ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SS PACIFIC STAR, (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity, <br><br> Defendants. | Case No. CV 08 05575 SI <br><br> **STIPULATION TO CONTINUE / RESET MOTION AND HEARING DATES; [PROPOSED] ORDER** |

The parties, through their respective undersigned counsel of record, stipulate that the time within which Plaintiff may file its Motion to Join Defendants may be extended from February 26, 2010 to March 5, 2010 with opposition thereto being filed on March 12, 2010 and any reply thereto being filed on March 19, 2010. The parties further stipulate that hearing on the Motion to Join Defendants may be continued from March 19, 2010 to March 26, 2010 at 9:00 a.m.

-1- STIPULATION AND PROPOSED ORDER

This stipulation is entered into at the request of counsel for the Defendants to allow additional time to complete depositions of the Defendants principals. The delay is as a result of defense counsel's illness and unavailability to attend depositions as noticed by Plaintiff for February 17, 18 and 19, 2010. The parties have agreed that the depositions will proceed during the week of February 22, 2010 without further notice or order of the Court.

IT IS SO STIPULATED.

DATED: February 16, 2010 \_\_\_\_ \_\_\_\_    LAW OFFICE OF SCOTT S. FURSTMAN

By \_\_\_\_/s/ Scott S. Furstman_____
SCOTT S. FURSTMAN
Attorney for Defendants SS PACIFIC STAR; INTERNATIONAL DATA SECURITY, INC.; and INTERNATIONAL MARITIME SECURITY ALLIANCE

DATED: February 16, 2010    BULLIVANT HOUSER BAILEY PC

By \_\_\_\_/s/ Norman J. Ronneberg, Jr._____
NORMAN J. RONNEBERG
Attorneys for Plaintiff ESCO MARINE, INC.

### [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated thereto, it is ordered that the time within which Plaintiff may file its Motion to Join Defendants is extended to March 5, 2010; Defendants' Opposition shall be filed on March 12, 2010; Plaintiffs Reply shall be filed on March 19, 2010 and hearing on the motion shall be continued to March 26, 2010 at 9:00a.m.

DATED: February\_\_\_\_\_, 2010

_____
Susan Illston, U. S. District Judge