IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC, | No. C 08-5575 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY MONETARY AND TERMINATING SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| § PACIFIC STAR, *et al.*, | |
| Defendants. | |

By letter filed March 1, 2010, plaintiff has informed the Court that defendants failed to produce documents that defendants were ordered to produce prior to the depositions of defendants' principals. As a result of defendants' failure to produce documents, plaintiff's counsel has been unable to prepare for the depositions, and the depositions have been taken off calendar. Plaintiff seeks monetary sanctions in the amount of $1,852.50 for time spent preparing for the cancelled depositions and seeking the documents. Plaintiff also seeks terminating sanctions. Defendants have not filed a response to plaintiff's March 1, 2010 letter.

This is not the first time defendants have failed to comply with their discovery obligations and court orders. The Court has already advised defendants that terminating sanctions could be imposed if there were further breaches of Court orders. Accordingly, defendants are <u>**ORDERED TO SHOW CAUSE** in writing no later than **March 15, 2010** why monetary and terminating sanctions should not be imposed.</u>

**IT IS SO ORDERED.**

Dated: March 8, 2010

SUSAN ILLSTON
United States District Judge