1  SCOTT S. FURSTMAN, Cal. Bar No. 76476
   LAW OFFICE OF SCOTT S. FURSTMAN
2  510 North Third Street
   San Jose, California  95112
3  Telephone:     408-292-4132
4  Facsimile:     408-292-4162
   sfurstman@sbcglobal.net
5
   Attorneys for Defendants
6  SS PACIFIC STAR; INTERNATIONAL
   DATA SECURITY, INC.; and INTERNATIONAL
7  MARITIME SECURITY ALLIANCE, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ESCO MARINE, INC., | Case No. CV 08  05575 SI |
| 13             Plaintiff, | |
| 14       v. | **STIPULATION TO VACATE PRE TRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER** |
| 15  SS PACIFIC STAR, (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity, | |
| 21             Defendants. | |

23       The parties, through their respective undersigned counsel of record, stipulate that the Pre

24  Trial conference presently set for May 18, 2010 at 3:30 p.m. may be vacated. The parties further

25  stipulate that the trial presently set for June 1, 2010 may also be vacated. The matter will remain

26  set for further Case Management Conference on July 9, 2010 at 3:00 p.m.

27       This stipulation is entered into as Plaintiff has been granted leave to amend to name

28  individual Defendants, and has in fact filed an Amended Complaint.


                        -1- STIPULATION AND PROPOSED ORDER

1  It is so stipulated.

Dated: May 17, 2010____            LAW OFFICE OF SCOTT S. FURSTMAN

                                   By _____/s/ Scott S. Furstman_____

                                   SCOTT S. FURSTMAN
                                   Attorney for Defendants SS PACIFIC STAR;
                                   INTERNATIONAL DATA SECURITY, INC.;
                                   and INTERNATIONAL MARITIME
                                   SECURITY ALLIANCE

Dated: May 17, 2010                BULLIVANT HOUSER BAILEY PC

                                         /s/ Norman J. Ronneberg, Jr.
                                   By _____

                                   NORMAN J. RONNEBERG, JR.
                                      Attorneys for Plaintiff ESCO MARINE, INC.

[Proposed] Order

Good cause appearing and the parties having stipulated thereto, it is ordered that the Pre Trial Conference presently set for May 18, 2010 is vacated. It is further ordered that the Trial date presently set for June 1, 2010 is also vacated. The matter remains set for further Case Management Conference on July 9, 2010 at 3:00 p.m.

Dated: May       , 2010

                                   _____
                                   Susan Illston, U. S. District Judge

-2-
STIPULATION AND [PROPOSED]ORDER