1  SCOTT S. FURSTMAN, Cal. Bar No. 76476
   LAW OFFICE OF SCOTT S. FURSTMAN
2  510 North Third Street
   San Jose, California  95112
3  Telephone:     408-292-4132
4  Facsimile:     408-292-4162
   sfurstman@sbcglobal.net
5
   Attorneys for Defendants
6  SS PACIFIC STAR; INTERNATIONAL
   DATA SECURITY, INC.; and INTERNATIONAL
7  MARITIME SECURITY ALLIANCE, LLC
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | ESCO MARINE, INC.,                          | Case No. CV 08  05575 SI
13 |                Plaintiff,                   |
14 |        v.                                   | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER**
15 | SS PACIFIC STAR, (ex-ARTSHIP, ex-
16 | GOLDEN BEAR), her engines, tackle,
   | equipment, appurtenances, freights, cargo, etc.
17 | (Official Number 239932) *in rem*,
   | INTERNATIONAL DATA SECURITY,
18 | INC., a Delaware corporate entity; and
   | INTERNATIONAL MARITIME SECURITY
19 | ALLIANCE, LLC., a Delaware corporate
20 | entity,
21 |                Defendants.
22

23     The parties, through their respective undersigned counsel of record, stipulate that the Case

24 Management Conference presently set for July 9, 2010 at 3:00 p.m. may be continued to July 23,

25 2010 at 3:00 p.m. The parties believe that additional time may assist in narrowing issues to be

26 addressed at the Case Management Conference including the Counter Claim and further

27 developments following meetings with the EPA.

28 //

                        -1-STIPULATION AND PROPOSED ORDER

It is so stipulated.

Dated: July 8, 2010____            LAW OFFICE OF SCOTT S. FURSTMAN

By _____/s/ Scott S. Furstman_____

SCOTT S. FURSTMAN
Attorney for Defendants SS PACIFIC STAR;
INTERNATIONAL DATA SECURITY, INC.;
and INTERNATIONAL MARITIME
SECURITY ALLIANCE

Dated: July 8, 2010            BULLIVANT HOUSER BAILEY PC

/s/ Norman J. Ronneberg, Jr.
By _____

NORMAN J. RONNEBERG, JR.
Attorneys for Plaintiff ESCO MARINE, INC.

[Proposed] Order

Good cause appearing and the parties having stipulated thereto, it is ordered that the Case Management Conference presently set for July 9, 2010 is continued to July 23, 2010 at 3:00 p.m.

Dated: July       , 2010

_____
Susan Illston, U. S. District Judge