1  SCOTT S. FURSTMAN, Cal. Bar No. 76476
   LAW OFFICE OF SCOTT S. FURSTMAN
2  510 North Third Street
   San Jose, California  95112
3  Telephone:      408-292-4132
4  Facsimile:      408-292-4162
   sfurstman@sbcglobal.net
5
   Attorneys for Defendants
6  SS PACIFIC STAR; INTERNATIONAL
   DATA SECURITY, INC.; and INTERNATIONAL
7  MARITIME SECURITY ALLIANCE, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ESCO MARINE, INC., | Case No. CV 08  05575 SI |
| 13           Plaintiff, | |
| 14      v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| 15  SS PACIFIC STAR, (ex-ARTSHIP, ex- | **[PROPOSED] ORDER** |
| 16  GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. | |
| 17  (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, | |
| 18  INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY | |
| 19  ALLIANCE, LLC., a Delaware corporate entity, | |
| 20 | |
| 21           Defendants. | |

22

23      The parties, through their respective undersigned counsel of record, stipulate that the Case

24  Management Conference presently set for September 3, 2010 at 3:00 p.m. may be continue to

25  September 24, 2010 at 3:00 p.m.

26      The basis for this request is that the parties anticipate meeting during the week of

27  September 6 through 10, 2010, to discuss movement of the vessel giving rise to this litigation, as

28  well as EPA issues. Counsel for Lennar will participate in the meeting and a representative of the

-1-  STIPULATION AND PROPOSED ORDER

EPA will be available via telephone to assist with any inquiries the parties may have. Further, discovery is pending from the defendants.

A continuance of the Case Management Conference will allow the parties to advise the Court of any progress relative to movement of the vessel and any issues relative to the EPA.

IT IS SO STIPULATED.

DATED:  September 2, 2010 ____ ____        LAW OFFICE OF SCOTT S. FURSTMAN

By _____/s/ Scott S. Furstman_____
SCOTT S. FURSTMAN
Attorney for Defendants SS PACIFIC STAR;
INTERNATIONAL DATA SECURITY, INC.;
and INTERNATIONAL MARITIME
SECURITY ALLIANCE

DATED:  September 2, 2010            BULLIVANT HOUSER BAILEY PC

By ____/s/ Norman J. Ronneberg, Jr._____
NORMAN J. RONNEBERG
Attorneys for Plaintiff ESCO MARINE, INC.

[PROPOSED] ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that the Case Management Conference presently set for September 3, 2010 is continued to ~~September 24~~ October 5, 2010 at 3:00 p.m.

DATED: September_____, 2010

_____
Susan Illston, U. S. District Judge

-2-  STIPULATION AND [PROPOSED] ORDER