SCOTT S. FURSTMAN, Cal. Bar No. 76476
LAW OFFICE OF SCOTT S. FURSTMAN
510 North Third Street
San Jose, California  95112
Telephone:     408-292-4132
Facsimile:      408-292-4162
sfurstman@sbcglobal.net

Attorneys for Defendants
SS PACIFIC STAR; INTERNATIONAL DATA SECURITY, INC.; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., <br><br>Plaintiff, <br><br>v. <br><br>SS PACIFIC STAR, (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity, <br><br>Defendants. | Case No. CV 08  05575 SI <br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, through their respective undersigned counsel of record, stipulate that the Case Management Conference presently set for December 9, 2010 at 9:00 a.m. may be continued to December 20, 2010 at 3:00 p.m.

The basis for this request is that Scott S. Furstman will be unavailable on December 9, 2010 due to medical reasons.

-1-  STIPULATION AND PROPOSED ORDER

IT IS SO STIPULATED.

DATED: December 3, 2010 ____ ____        LAW OFFICE OF SCOTT S. FURSTMAN

                                              By _____/s/ Scott S. Furstman_____
                                              SCOTT S. FURSTMAN
                                              Attorney for Defendants SS PACIFIC STAR;
                                              INTERNATIONAL DATA SECURITY, INC.;
                                              and INTERNATIONAL MARITIME
                                              SECURITY ALLIANCE

DATED: December 3, 2010             BULLIVANT HOUSER BAILEY PC

                                              By _____/s/ Norman J. Ronneberg, Jr._____
                                              NORMAN J. RONNEBERG
                                              Attorneys for Plaintiff ESCO MARINE, INC.

[PROPOSED] ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that the Case Management Conference presently set for December 9, 2010 is continued to December 20, 2010 at 3:00 p.m.

DATED: December_____, 2010

                                              _____
                                              Susan Illston, U. S. District Judge